## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEJIN HEAVY INDUSTRIES CO., LTD., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.  3:02cv1563 (MRK) |
| | : | |
| AARLBORG INDUSTRIES, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court having received defendant Aarlborg Industries, Inc.'s Suggestion Of Bankruptcy [doc. #35], the Clerk is directed to administratively close this case without prejudice to reopening, if necessary.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
             U.S.D.J.

Dated at New Haven, Connecticut: February 2, 2004.